

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00791-CV

Michael Thomas **PAUL**,
Appellant

v.

Greg **ABBOTT**, Attorney General of the State of Texas,
Appellee

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2001-CI-16843
Honorable Michael E. Mery, Judge Presiding

PER CURIAM

Sitting:     Karen Angelini, Justice
             Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice

Delivered and Filed:  January 28, 2015

DISMISSED

On November 10, 2014, appellant filed a purported notice of appeal and an affidavit of indigence in the trial court. On November 18, 2014, we issued an order explaining that the notice of appeal was defective and ordering appellant to file a notice of appeal that complied with Texas Rule of Appellate Procedure 25.1(d). *See* TEX. R. APP. P. 25.1(d). On December 15, 2014, appellant filed an amended notice of appeal that complied with Rule 25.1(d). *See id.*

On December 3, 2014, the trial court signed an order sustaining the district clerk's and the court reporter's contests to appellant's affidavit of indigence and ordering appellant to pay all costs

on appeal including the costs charged by the district clerk for preparation of the clerk's record. A motion seeking review of this order was not timely filed. *See* TEX. R. APP. P. 20.1(j)(2).

On December 31, 2014, we ordered appellant to provide written proof to this court within ten days of the date of our order that the fee for the clerk's record had been paid or arrangements had been made to pay the clerk's fee. We warned that if appellant failed to respond within the time provided, this appeal would be dismissed. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court). Appellant has failed to provide written proof that the fee for the clerk's record has been paid or arrangements have been made to pay the clerk's fee in accordance with our order. We, therefore, dismiss this appeal. *See* TEX. R. APP. P. 37.3(b); *see also* TEX. R. APP. P. 42.3(c).

PER CURIAM